# AGNIFILO INTRATER

April 25, 2025

<u>VIA ECF</u>

Honorable Rachel P. Kovner
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn
Courtroom: 4E-N
New York 11201

Re:     **<u>United States v. Toney Jones</u>, 23 Cr 378 (RPK)**

Dear Judge Kovner:

    As the Court is aware, we represent Defendant Toney Jones in the above-captioned matter. When Mr. Jones first appeared in this matter in October 2023, Honorable Russell G. Vineyard, Chief United States Magistrate Judge of the Northen District of Georgia ordered that he surrender his passport as a condition of his pretrial release conditions. It is our understanding that Pretrial Services in the EDNY now has custody of that passport.

    Now that this matter has been concluded, and the Court has imposed a sentence of probation (ECF No. 43), we respectfully request that the Court direct that Pretrial Services return Mr. Jones's passport. We will, of course, make the necessary arrangements directly with Pretrial Services once we have the Court's approval to do so.

Very truly yours,

Zach Intrater
Daniela Manzi

cc:     Pretrial Services Agency, EDNY

SO ORDERED:

_____           _____
Hon. Rachel Kovner               DATED: